LOUDEN *v.* UTAH.

No. 6, Misc. Decided October 12, 1964.

*George H. Searle* for petitioner.

*A. Pratt Kesler,* Attorney General of Utah, and *Ronald N. Boyce,* Chief Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded to the Supreme Court of Utah for further proceedings in light of *Stoner* v. *California,* 376 U. S. 483.

MR. JUSTICE HARLAN and MR. JUSTICE WHITE are of the opinion that certiorari should be denied.